IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
DIANA JOHNSON,                                                            CHAPTER 13
                                                                                        CASE NO:10-02176
       Debtor.

**MOTION TO SHORTEN INJUNCTION PERIOD**

COMES NOW, the Debtor, DIANA JOHNSON, by and through her attorney of record, Frank L. Thiemonge, III, and asks this Honorable Court to shorten the injunction period from ninety (90) days to thirty (30) days and as grounds states:

1. That the Debtor filed her Chapter 13 on-to-wit May 14th, 2010.
2. That the Debtor was dismissed on August 22nd, 2013 for failure to make payments according to the Plan.
3. That Debtor has had a significant decrease in income over the past six (6) months, and she has been unable to make her payments in the full amount.
4. That the Debtor prays for a shorter injunction period so that she may re-file a Chapter 13.

WHEREFORE, THE PREMISES CONSIDERED, the Debtor prays that this Honorable Court will shorten the injunction period from 90 to 30 days and she prays for any further relief as to which she may be entitled.

Respectfully Submitted:
This the 30th day of August, 2013.


/s/ Diana Johnson                                /s/ Frank L. Thiemonge, III
DIANA JOHNSON                                    FRANK L. THIEMONGE, III
                                                                     Attorney for the Debtor
                                                                     158 S. Jackson Street
                                                                     Mobile, AL 36602
                                                                     Tel: (251) 438-9002
                                                                     Fax: (251) 438-7858
                                                                     thiemonge3@hotmail.com
                                                                     alabamaattorney@bellsouth.net

## CERTIFICATE OF SERVICE

      I, FRANK L. THIEMONGE, III, do hereby certify that I have served a true and correct copy of the foregoing Motion on the below listed parties by Electronic Mail or by placing a copy of the same in the United States Mail, first-class, postage prepaid and properly addressed on this the 30th day of August , 2013.

Honorable John C. McAleer  
Chapter13 Trustee  
P.O. Box 1884  
Mobile, AL 36633  
cperry@ch13mob.com

                                                /s/ Frank L. Thiemonge, III  
                                                FRANK L. THIEMONGE, III